# UNITED STATES DISTRICT COURT
### for the
### District of Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:23-mj-00186-KFR |
| Leveron Moore | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __no later than 3/21/23__ in the city of ____Fairbanks____ in the
_____ District of ____Alaska____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor |
| 18 U.S.C. § 2251(a) | Production of Child Pornography |
| 18 U.S.C. § 2252A(a)(5) | Possession of Child Pornography |
| 18 U.S.C. § 1591 | Sex Trafficking of Minors |

This criminal complaint is based on these facts:

See attached affidavit of SA Jolene Goeden.

❏ Continued on the attached sheet.

_Complainant's signature_

SA Jolene Goeden, FBI
*Printed name and title*

Telephonically sworn to, and electronically signed.

Subscribed and sworn pursuant to Fed. R.
Crim. P. 4.1 and 41(d)(3) on:

Date: March 22, 2023

City and state:         Anchorage, Alaska

Hon. Kyle F. Reardon, U.S. Magistrate Judge
*Printed name and title*