# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRIC OFALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>*Leveron Moore* | Case No.: 3:23-mj-00186-KFR<br><br>**<u>Filed Under Seal</u>** |

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Jolene Goeden, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging Leveron Moore with violations of 18 U.S.C. § 2422(b) Coercion and Enticement of a Minor, 18 U.S.C. § 2251(a) Production of Child Pornography, 18 U.S.C. § 2251A(a)(5) Possession of Child Pornography, and 18 U.S.C. § 1591 Sex Trafficking of Minors.

2. The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports, my own investigation of this matter and my training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and attached Complaint.

3. I have been a Special Agent with the FBI since March 2004. Since that time, I have been assigned investigative responsibilities in the areas of crimes against

3:23-mj-00186-KFR 1

children, human trafficking, violent gangs and criminal enterprises investigations in the FBI Anchorage Field Office, where I am currently assigned. The Anchorage Field Office is located within the District of Alaska. During this assignment, I have focused on child pornography, child enticement, kidnapping, human trafficking, drug, violent gang, criminal enterprises, and felon in possession of a weapon investigations. I have been involved in cases involving the investigation and prosecution of defendants for violations of Title 18 of the United States Code. Further, I have conducted and participated in a number of search warrants, arrest warrants, and interviews of people involved in federal crimes and criminal enterprises.

## PROBABLE CAUSE

*Minor Victim A*

*CAC Interview*

4. On January 25, 2023, a sixteen-year-old girl (hereafter referred to as Minor Victim A), disclosed to an employee at the Fairbanks Youth Facility that she had been assaulted by an adult male a few months earlier. She was unsure of the date but stated it was prior to the snow that winter.

5. On February 2, 2023, FPD Lt. Davis coordinated for Minor Victim A to have a child forensic interview at the Child Advocacy Center (CAC) in Fairbanks.

6. During her CAC interview, Minor Victim A stated she had run away from home and during that time there was a man who frequently gave her and her female friend rides. The friend (hereafter referred to as Minor Victim B) was fifteen or sixteen

at the time. The man would make sexual remarks, give them alcohol and smoke with them.

7. Minor Victim A said the man was called "Lebby" (phonetic). She provided a description that was consistent with Leveron Moore. Law enforcement determined that Lebby was Leveron Moore, born on August 3, 1983.

8. Minor Victim A stated that Moore took her and Minor Victim B to the river where he set up pillows and blankets in the back of his vehicle. Moore asked the victims to take their pants off and they said they didn't want to, but he convinced them to do it. Moore took photos of them and said he liked to edit photos.

9. Moore knew the girls were runaways and needed money. He told the girls he would give them money if he was allowed to "fuck" them. Minor Victim A stated Moore then proceeded to vaginally penetrate her, and Minor Victim B. Moore wore a condom and ejaculated. Following this, Moore took them to Fred Meyers and bought them both new clothes.

10. Minor Victim A stated Moore used his android style phone to take the pictures. Moore later sent Minor Victim A the photos but she no longer has the phone they were sent on. Minor Victim A stated Moore and her communicated via text message.

11. Minor Victim A stated something similar happened again a short time later. She stated she and Minor Victim B were again runaways and needed money. Moore picked them up and drove to a parking area at Tanana Middle School. Moore got

into the backseat with Minor Victim B while Minor Victim A sat in the front seat. Moore penetrated Minor Victim B and then paid them both cash.

*FBI Follow-up Interview*

12. On March 20, 2023, agents conducted a follow-up interview with Victim A. She stated she first met Moore in August 2022 and they would hang out approximately three times per week. This usually involved drinking alcohol and smoking marijuana with him. Minor Victim A stated Moore knew her and Minor Victim B's age because they talked about it. He made comments that their true age didn't matter, and it was more about their maturity level.

13. Minor Victim A stated she was sixteen years old at the time and Minor Victim B was fifteen years old. She stated she met Moore through a fourteen-year-old friend. She also stated her thirteen-year-old friend, Minor Victim D, spent a lot of time with the Moore. Minor Victim D told Minor Victim A that Moore also took CSAM photos of her and she engaged in oral and vaginal sex with him.

14. Minor Victim A stated after the incident at the river, Moore sent her three to four images via text message and Snapchat. According to Minor Victim A, the images depicted her and Minor Victim B's "butt" and genitals.

15. Minor Victim A stated the incident at the river occurred in Moore's vehicle. Moore put the seats down and placed a blanket down. She thought the blanket was white and black in color and stated it may have had a cartoon graphic on it. She

recalled he wore a blue and white football jersey with his last name "Moore" on the back. Moore provided them with marijuana and gin.

16. Minor Victim A stated Moore tried to make a deal with her and Minor Victim B stating if they met with him on certain days to do sexual things, he would pay them. She stated he knew they were runaways and struggling. During the incident at the river, Moore stated several times that he was "testing" them out. Afterwards, Moore told them he wanted to do that more often. Moore then took them to Fred Meyers where he bought the girls clothing.

17. Minor Victim A stated she felt "grossed out" about what happened. She said she trusted Moore and didn't expect him to be "like that." She did not want to be sexual with him and told the FBI that both she and Minor Victim B protested and said they didn't want to but he did it anyway. Moore did not use physical force, but Victim A told the FBI words to the effect that Moore was known to be violent, and that "we knew we wouldn't stand a chance fighting."

18. Minor Victim A stated the second incident occurred in Moore's vehicle. She lied and told Moore she was on her period and sat in the front of the car. Moore and Minor Victim B engaged in sexual contact in the back seat and Moore tried to pay Minor Victim B $50. Minor Victim A told Moore that Minor Victim B was worth more money and he then paid her more.

19. Minor Victim A also stated she saw the SUBJECT with two handguns which he kept under the seat in his vehicle. He showed them to her and said he would give her and Minor Victim B a gun if they met him at a hotel. He described the sexual

things he wanted to do to them at the hotel, but Minor Victim A stated the proposed hotel meeting did not occur.

20. Minor Victim A's account of her interactions with the SUBJECT during her interview with the FBI were consistent with what she stated in her CAC interview on February 2, 2023.

*Interview of Leveron Moore on March 21, 2023*

21. On March 21, 2023, agents interviewed Moore at the Fairbanks Police Department. After being advised of his Miranda Rights, Moore agreed to talk with agents and provided the below information regarding his sexual contact with Victim A and B and production of child pornography.

22. Moore stated he would "hang out" with Victim A and B numerous times between late August and November 2022. He gave them rides, provided them with marijuana, and smoked marijuana with them. This activity occurred with Minor Victim A and B together and separately. Moore stated the girls would call and ask if he had marijuana and he would pick them up and they would smoke. Moore stated he liked to "help people" but felt he often was too nice and helped people "too much."

23. Moore initially denied any sexual contact with Minor Victim A and B or that he took CSAM photos of them.

24. He later admitted that he sexually penetrated Minor Victim A and B. He wore a condom and this occurred in the back of a vehicle at a park in early September

2022. Agents confirmed that Minor Victim B was fifteen years old in September 2022. Moore stated the sexual contact was consensual.

25. During this same incident, Moore stated he took photos of the girls' genitals when they were laying on their stomachs. Their pants were pulled down. He described the photos as "teaser" pictures of their butts with a little bit of vaginal area showing. Moore admitted to using text messages, Snapchat, and voice calls to communicate with Victims A and B before and after their encounters.

26. Moore advised these were photos that were intended to be used for the girls to set up an Only Fans Page. Moore indicated he offered to assist the girls in setting up the page. SA Goeden knows Only Fans to be an online platform where people can pay for photos, videos, and live streams. SA Goeden is also aware the platform is used to facilitate commercial sex dates. Moore stated setting up an Only Fans page was the girl's idea and he was just assisting them.

27. Moore initially stated he deleted the photos he took of Minor Victim A and B. He later stated he saved images he didn't want people to see in an App on his phone. Moore said they were in an Audio App which required a passcode. Moore provided the passcode for the Audio App and how to use it. He stated if he still had the photos of Minor Victim A and B they would be in this application. Moore stated the Audio Manager application had nothing to do with audio files. It was designed to be a hidden storage application.

28. Moore stated he was pretty sure he did not send the photos to anyone, however, Minor Victim A asked about the images so he may have sent them to her.

29. After the sexual acts occurred at the river, Moore took the girls to Fred Meyers to purchase clothing for them. He stated he bought them each a pair of leggings and a shirt. Moore denied that the clothes were payment for sex.

30. Moore acknowledged another incident in which Minor Victim A and B asked Moore for a ride. He picked up the girls and they smoked marijuana. Moore and Minor Victim B got into the back seat of Moore's vehicle. They were smoking marijuana and Moore penetrated her vagina with his penis. Following this, Moore gave Minor Victim B be $100. Moore stated Minor Victim B asked for money and he gave it to her. Moore denied that it was payment for sex. He stated he would have given Minor Victim B the money even if they didn't have sex. Victim A stated that Moore used both traditional text messaging and the Snapchat application to communicate with her to arrange his encounters with both her and Victim B as described above. When interviewed, Moore admitted to using text messages, Snapchat, as well as voice calls to communicate with Victims A and B before and after their encounters.

*Federal Search Warrant 3:23-mj-00186-MMS*

31. On March 20, 2023, SA Goeden applied for and was granted search warrant 3:23-mj-00186-MMS authorizing a search of Moore, his residence, and vehicle.

32. On March 20, 2023, prior to Moore being advised of the search warrant, Moore consented to agents reviewing his cellphone in an audio and video recorded interview.

33. Agents observed an application called Audio Manager on Moore's cellphone. As described by Moore, when the application was opened and when a finger

was held on the cellphone screen, a passcode prompt appeared. Agents followed Moore's instructions and accessed the application. Once the passcode was typed in, a second screen with several folders to include a folder titled Pictures and one titled Videos were observed. Within the Pictures subfolder were thirty-three folders, each labeled with what are believed to be a female name or names of the individuals depicted and the number of images contained in that folder.

34. Agents observed a folder labeled by two letters which were the first letter of Minor Victim A and B's first names. This folder contained 14 images. One non-CSAM photo clearly showed Victim A's face. There were approximately ten CSAM photos in this folder. Six of these images were of Minor Victim A and B laying on their stomachs with their pants pulled down. Both girls are wearing black shirts. These images were consistent with Minor Victim A's description of them. There were three additional images of Minor Victim A that included full frontal nudity.

35. Moore was shown and asked about the images in the above folder, and he admitted that he had taken the photos taken in the back of his vehicle consistent with the disclosures by Victims A and B. He stated the CSAM images of just Victim A were sent to him by Victim A over Snapchat.

36. Moore denied that any of the females in the other photos were minor female friends of Victim A and B. Agents are in the process of reviewing these images and identifying the individuals.

37. A cursory review of Moore's cellphone found several chat strings with individuals agents know to be minor females ranging in age in thirteen to sixteen.

3:23-mj-00186-KFR 9


Mar 22, 2023

38. In addition to Moore's cellphone, other digital items were seized from Moore's residence and vehicle to include two laptops, tablet, and USB storage devices. These items and have not yet been reviewed.

*Summary of Probable Cause*

39. Moore admitted to engaging in sexual contact with Minor Victim A and Minor Victim B. In the fall of 2022, Moore would "hang out" with these two minors, gave them rides, and smoked marijuana. Moore stated the girls would call and ask if he had marijuana and he would pick them up and they would smoke.

40. Moore admitted to taking child pornography images of Minor Victim A and B in the back of his vehicle.

41. The child pornography images of Minor Victim A and Minor Victim B were found on Moore's cellphone in the Audio Manager application.

42. Moore purchased clothing for Minor Victim A and Minor Victim B after he engaged in sexual contact with them. He also gave Minor Victim B cash after a second incident in which he engaged in sexual contact with Minor Victim B

43. I submit that there is sufficient probable cause to believe that Leveron Moore violated Title 18 U.S.C. § 2422(b) Coercion and Enticement of a Minor, 18 U.S.C. § 2251(a) Production of Child Pornography, 18 U.S.C. § 2251A(a)(5) Possession of Child Pornography, and 18 U.S.C. § 1591 Sex Trafficking of Minors.

//

//

//

3:23-mj-00186-KFR       10

Case 3:23-mj-00186-KFR   Document 1-1   Filed 03/23/23   Page 10 of 11

Respectfully submitted,

*[signature]*

JOLENE GOEDEN
Special Agent, FBI
Child Exploitation Task Force

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on this _____ day of March 2023

*[signature and seal: United States District Court, District of Alaska]*

HON. KYLE F. REARDON
United States Magistrate Judge
District of Alaska
Anchorage, Alaska

March 22, 2023